# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

Michael E. Gans
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 13, 2009

U S DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 1 3 2009

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

Mr. Rex M. Terry
HARDIN & JESSON
5000 Rogers Avenue
P.O. Box 10127
Fort Smith, AR 72917-0127

*09-6008*

RE: 09-8008 Mitzie Stevens, et al v. Diversicare Leasing Corp., et al

Dear Counsel:

A petition for permission to appeal has been filed under the caption and miscellaneous case number shown above.

Counsel for the respondent is directed to file a response to this application within seven days from service of the petition.

Upon receipt of the response, the matter will be submitted to the court for a ruling. All counsel will be advised of the court's decision. No briefing schedule will be established unless the court grants the petition.

The Clerk of the United States District Court is being notified of the filing of the petition. If the petition is granted, petitioner must pay the district court all required fees. Please refer to Federal Rule of Appellate Procedure 5 and the applicable statutory sections for further guidance and information.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at www.ca8.uscourts.gov/files/cmecfstandingorder.pdf. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

Michael E. Gans
Clerk of Court

PSA

Enclosure(s)

cc:  Mr. Kirkman T. Dougherty
     Mr. David A. Hodges Sr.
     Mr. Christopher R. Johnson
     Mr. Gene A. Ludwig
     Ms. Stephanie Irby Randall

District Court/Agency Case Number(s):  6:09-cv-06008-JLH

Caption For Case Number:  09-8008

Mitzie Stevens, as special administrator of the estate of Harvey Frazier, deceased; Charles
Kuntz, as special administrator of the estate of Flora Kathleen Kuntz, deceased,

     Respondents

v.

Diversicare Leasing Corp., doing business as Garland Nursing & Rehabilitation Center;
Diversicare Management Services Company; Advocat, Inc.; Steven Levato, in his capacity
as administrator of Garland Nursing & Rehabilitation,

     Petitioners

**Addresses For Case Participants:   09-8008**

Mr. Rex M. Terry
HARDIN & JESSON
5000 Rogers Avenue
P.O. Box 10127
Fort Smith, AR  72917-0127

Mr. Kirkman T. Dougherty
HARDIN & JESSON
5000 Rogers Avenue
P.O. Box 10127
Fort Smith, AR  72917-0127

Mr. David A. Hodges Sr.
212 Center Street
Little Rock, AR  72201-0000

Mr. Christopher R. Johnson
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
P.O. Drawer 6486
Room 347
Hot Springs, AR  71902-0000

Mr. Gene A. Ludwig
LUDWIG LAW FIRM
8501 Pinnacle Valley Road
Little Rock, AR  72223

Ms. Stephanie Irby Randall
HARDIN & JESSON
5000 Rogers Avenue
P.O. Box 10127
Fort Smith, AR  72917-0127