# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 09-8008

Mitzie Stevens, as special administrator of the estate of Harvey Frazier, deceased and Charles Kuntz, as special administrator of the estate of Flora Kathleen Kuntz, deceased,

Respondents

v.

Diversicare Leasing Corp., doing business as Garland Nursing & Rehabilitation Center, et al.,

Petitioners

_____

Appeal from U.S. District Court for the Western District of Arkansas - Hot Springs
(6:09-cv-06008-JLH)
_____

**MANDATE**

In accordance with the judgment of 06/05/2009, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 05, 2009

Clerk, U.S. Court of Appeals, Eighth Circuit