# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 09-8008
_____

Mitzie Stevens, as special administrator of the estate of Harvey Frazier, deceased; Charles Kuntz, as special administrator of the estate of Flora Kathleen Kuntz, deceased,

Respondents

v.

Diversicare Leasing Corp., doing business as Garland Nursing & Rehabilitation Center; Diversicare Management Services Company; Advocat, Inc.; Steven Levato, in his capacity as administrator of Garland Nursing & Rehabilitation,

Petitioners

_____

Appeal from U.S. District Court for the Western District of Arkansas - Hot Springs
(6:09-cv-06008-JLH)
_____

**JUDGMENT**

Petition for permission to appeal has been considered by the court and is denied.

June 05, 2009

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans