# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 05, 2009

Mr. Kirkman T. Dougherty
HARDIN & JESSON
5000 Rogers Avenue
P.O. Box 10127
Fort Smith, AR  72917-0127

RE:  09-8008  Mitzie Stevens, et al v. Diversicare Leasing Corp., et al

Dear Counsel:

Enclosed is a copy of an order entered today in the above case. The mandate is issued forthwith to the Clerk of the United States District Court.

Michael E. Gans
Clerk of Court

CMD

Enclosure(s)

cc:   Mr. David A. Hodges Sr.
      Mr. Christopher R. Johnson
      Mr. Gene A. Ludwig
      Ms. Stephanie Irby Randall
      Mr. Rex M. Terry

      District Court/Agency Case Number(s):  6:09-cv-06008-JLH